**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 05-6362

———

GEORGE JOHNSON,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES,

                                        Defendant - Appellee.

———

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-05-279-WDQ)

———

Submitted:  September 21, 2005        Decided:  October 18, 2005

———

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———

Affirmed by unpublished per curiam opinion.

———

George Johnson, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Johnson v. Dep't of Public Safety</u>, No. CA-05-279-WDQ (D. Md. Feb. 16, 2005). We deny Johnson's motions for summary judgment and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>